# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTOINE LEROI ROYSTER,

    Petitioner,

v.                                               Civil Action No. 3:14cv39
                                                     (Judge Groh)

O'BRIEN,

    Respondent.

## ORDER DIRECTING CONFIDENTIAL PERSONAL INFORMATION TO BE SEALED

On April 14, 2014, the *pro se* petitioner filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2241, including several attached documents which contained his confidential personal identifying information. (Dkt.# 1-2 at 10, 11, and 18). Because Dkt.# 1 contains personal identifiers relative to the petitioner, the record should be sealed.

IT IS SO ORDERED.

The clerk is ordered to file Dkt.# 1 under seal pursuant to the E-Government Act of 2002. The Clerk is also directed to transmit a copy of this Order to the *pro se* petitioner via certified mail, return receipt requested, at his last known address as reflected on the docket.

DATED: April 28, 2014

                                            /s/ James E. Seibert
                                            JAMES E. SEIBERT
                                            UNITED STATES MAGISTRATE JUDGE